United States District Court
Northern District of California

U.A. LOCAL NO. 467 PENSION TRUST FUND, et al.,

    Plaintiffs,

    v.

PENINSULA AIR CONDITIONING, INC.,

    Defendant.

Case No.: 4:13-cv-05522-KAW

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

    This case was filed on November 27, 2013.  (Compl., Dkt. No. 1.)  The initial case management conference was scheduled to take place on February 25, 2014.  (Scheduling Order at 2, Dkt. No. 2.)  Because Plaintiffs had not filed proof of service of the summons and complaint, the Court, on its own initiative, continued the initial case management conference to April 22, 2014.  The joint case management statement was due on April 15, 2014.

    A joint case management conference statement was not filed by the April 15, 2014 deadline.  Plaintiffs, however, did inform the Court that they had a certificate of service which would be filed in the case, and the April 22, 2014 case management conference was continued.

    As of the filing of this order, however, Plaintiffs have not filed a certificate of service showing that the summons and complaint have been served.  The deadline for service of the summons and complaint was March 27, 2014.

    Accordingly, the Court hereby orders Plaintiffs to show cause why this case should not be dismissed for failure to prosecute.  Plaintiffs shall file a written response to this order to show cause by July 25, 2014.  Failure to file a written response to this order may result in dismissal of the case for failure to prosecute.

1   The case management conference currently set for August 5, 2014 is continued September
2   2, 2014.
3   IT IS SO ORDERED.
4   Dated: July 11, 2014

KANDIS A. WESTMORE
United States Magistrate Judge