United States District Court
Northern District of California

| | |
|---|---|
| U.A. LOCAL NO. 467 PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PENINSULA AIR CONDITIONING, INC.,<br><br>Defendant. | Case No.: 4:13-cv-05522-KAW<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On July 11, 2014, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. (Order to Show Cause at 1, Dkt. No. 6.) In the order, the Court noted that while the deadline for service of the summons and complaint was March 27, 2014, Plaintiffs had not filed proof of service of the summons and complaint as of the date of the order to show cause. *(Id.)* Plaintiffs were to file a written response to the order to show cause by July 25, 2014. *(Id.)*

Plaintiffs filed a timely response, in which they indicate that service was completed on December 10, 2013, as evidenced by the certificate of service filed contemporaneously with their response. (Pls.' Response at 2, Dkt. No. 8.) They also state that the delayed filing of the proof of service was due to "an internal mis-filing and miscommunication in Plaintiffs' counsel's office." *(Id.)* Plaintiffs further explain that they "held off on further litigation" because Defendant had informed them that he was about to file for bankruptcy, which as of July 24, 2014, Defendant has not done. *(Id.)*

Because Plaintiffs have filed a timely response to the Court's order to show cause, that order is hereby discharged.

1   Furthermore, because the Clerk has entered default against Defendant, the case
2   management conference currently set for September 2, 2014 is continued to November 4, 2014.
3       IT IS SO ORDERED.
4   Dated: August 5, 2014

                                            KANDIS A. WESTMORE
                                            United States Magistrate Judge